[No. 12212. In Bank. — March 25, 18    ]

## A. W. MOULTON et al., Respondents, S. KNAPP et al., Appellants.

Appeal — Law of the Case — Preliminary Injunction ᴏɴᴅ Appeal from Decree. — A decision rendered upon a former ap_ ᴊal, reversing an order for a preliminary injunction granted upon the complaint alone, becomes the law of the case upon a second appeal from a judgment based on the same complaint decreeing the relief prayed for.

Appeal from a judgment of the Superior Court of Stanislaus County.

The action was brought to enjoin the execution of a judgment rendered on a *cognovit*, the plaintiffs basing their claim to relief on an alleged promise of the defendant Knapp, that if they would allow judgment to be entered, he would stay execution for a year. An injunction was granted upon the complaint, and upon a former appeal (85 Cal. 385) the order granting it was reversed. This is an appeal from a judgment rendered upon the trial of the case, enjoining the execution of the judgment. Further facts are stated in the opinion of the court.

*E. G. Knapp, W. B. Sharp, Warren Olney, T. Z. Blake-man,* and *Wright & Hazen,* for Appellants.

*L. J. Maddux, Turner & Maddux,* and *J. H. Budd,* for Respondents.

PATERSON, J.— In *Moulton* v. *Knapp,* 85 Cal. 385 (this cause), an injunction had been granted on a verified complaint alone. It was held that plaintiffs' remedy, if any they had, was by motion to set aside the execution, and to stay all process until the expiration of the year; that plaintiffs were not entitled to an injunction. That decision is the law of the case, and is conclusive of the question involved in this appeal. The judgment appealed from is based upon the complaint on which the preliminary injunction referred to was granted, and decrees to plaintiffs the relief therein prayed for.

Judgment reversed.

McFARLAND, J., DE HAVEN, J., GAROUTTE, J., HARRISON, J., and SHARPSTEIN, J., concurred.